

1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors

The following constitutes the order of the court.
Signed November 21, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                          Case No. 09-46692 WJL

**DENNY THOMAS RABINO and**                     Chapter 13
**LISA KATHRYN RABINO,**

           **Debtors.**                         **JUDGMENT VOIDING LIEN OF
                                                CITIBANK AND ITS SUCCESSORS IN
                                                INTEREST**

_____/

    On June 6, 2011, this court entered an ORDER VALUING LIEN OF CITIMORTGAGE AS SUCCESSOR IN INTEREST TO CITIBANK against certain property of Debtors for purposes of this chapter 13 case. That order was subject to being set aside until Debtors obtained a discharge in this chapter 13 case. Debtors having obtained discharge, the court now therefore enters the following judgment:

    The second lien of CitiBank and its successors in interest regarding the property commonly known as 2891 Rutherford Ct., Livermore, CA 94550, and which was recorded in Alameda County on or

about May 23, 2007 as document 2007197234, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

*** END OF ORDER ***

```
1                        COURT SERVICE LIST
2

3
   Denny and Lisa Rabino
4  2891 Rutherford Ct.
   Livermore, CA 94550
5
   Attn: Officer
6  CitiBank, NA
   701 East 60th Street North
7  Sioux Falls, SD 57104

8  Attn: Officer or Managing Agent
   CitiMortgage, Inc.
9  P.O. Box 30509
   Tampa, FL 33631
10
   Attn: Officer or Managing Agent
11 CitiMortgage, Inc.
   C/o CT Corporation System
12 818 West Seventh St. 2$^{nd}$ Fl
   Los Angeles, CA 90017
13

14

15

16

17

18

19

20

21

22

23

24

25

26
```